```
JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1430 Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 283-6969

Attorney for Plaintiff
FRANCINE J. THOMAS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE J. THOMAS,  )<br>              )<br>     Plaintiff,  )<br>              )<br>     vs.  )<br>              )<br>MICHAEL ASTRUE,  )<br>              )<br>Commissioner of Social Security  )<br>              )<br>     Defendant  ) | Case No.: 1:08-CV-01316-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

  The party, through her respective counsel, stipulate that the time for filing the confidential letter be extended to March 4, 2009.

  This is the plaintiff's first request for an extension of time to file the confidential letter. Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated: February 3, 2009

               /s/ James A. Yoro
               JAMES A. YORO
               Attorney for Plaintiff

Dated: February 3, 2009

               MCGREGOR W. SCOTT
               United States Attorney

               /s/ Deborah Stachel
               DEBORAH STACHEL
               (As authorized via telephone 2/3/09)
               Acting Supervisory Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED:


Dated:   February 4, 2009           /s/ Sandra M. Snyder
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com