JAMES A. YORO, SB# 86768
Chain Cohn Stiles
1430 Truxtun Ave, Suite 100
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 323-4000
Fax: (661) 325-9999

Attorney for Plaintiff
FRANCINE J THOMAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE J THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Commissioner of Social Security<br><br>　　　　Defendant | Case No.: 1:08-cv-01316-SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

　　　　The party, through her respective counsel, stipulate that the time for filing the Opening Brief be extended to May 21, 2009.

　　　　This is the plaintiff's first request for an extension of time to file the Opening Brief. Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated: May 6, 2009

　　　　　　　　　　　　　　　　　　/s/ James A. Yoro
　　　　　　　　　　　　　　　　　　JAMES A. YORO
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 6, 2009

　　　　　　　　　　　　　　　　　　BENJAMIN E. HALL
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　/s/ Jacqueline A. Forslund
　　　　　　　　　　　　　　　　　　JACQUELINE A FORSLUND
　　　　　　　　　　　　　　　　　　(As authorized via telephone 5/6/09)
　　　　　　　　　　　　　　　　　　Assistant Regional Counsel

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED:

Dated:   5/7/2009                              /s/ Sandra M. Snyder
                                          THE HONORABLE SANDRA M. SNYDER
                                          United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com