1  LAWRENCE BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Jacqueline.A.Forslund@ssa.gov

8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                    **FRESNO DIVISION**

13  FRANCINE THOMAS,                )
                                    )   CIVIL NO. 1:08-CV-01316-SMS
14         Plaintiff,                )
                                    )
15         v.                        )   STIPULATION AND ORDER FOR
                                    )   EXTENSION OF TIME
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security,                )
                                    )
18         Defendant.                )
    _____)

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion.  The current due date is June 17, 2009.  The new due date will be July 17, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: June 16, 2009                /s/ *James A. Yoro*
                                      (As authorized via telephone)
                                      JAMES A. YORO
                                      Attorney for Plaintiff

Dated: June 16, 2009                LAWRENCE BROWN
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ *Jacqueline A. Forslund*
                                      JACQUELINE A. FORSLUND
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                           <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   June 16, 2009              /s/ Sandra M. Snyder
                                      SANDRA M. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE